In the Matter of the Claim of WALTER AHRENS, Respondent, against LOUIS H. DRAUDT et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 14, 1942; decided April 30, 1942.

*Manly Fleischmann* and *Gordon Steele* for appellants.

*John J. Bennett, Jr., Attorney-General* (*John F. Loehr* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.